**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: MIRENA®
LEVONORGESTREL-INDUCED
INTRACRANIAL HYPERTENSION
PRODUCTS LIABILITY LITIGATION

MDL No. __________

**PLAINTIFFS' MOTION FOR**
**TRANSFER OF ACTIONS TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI PURSUANT TO 28 U.S.C. § 1407**
**FOR COORDINATED PRETRIAL PROCEEDINGS**

Plaintiffs Shakara Carter, Miranda Gledhill, Octavia Holmes, Nancy Hopkins, Latonya Hoskin, Andrea Johnson, Tiara Mitchell, Maryssa Reese, Jessica Stanley, Kayla Talley ("Movants')[1] move for transfer of their individual cases, and all tag along cases included on the annexed Schedule of Actions, against Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG and Bayer Oy (collectively "Bayer"), pursuant to 28 U.S.C. § 1407(c)(ii) and Rule 6.2(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), to the United States

[1] The Movants' case information is as follows: Plaintiff Kayla Talley (Case No. 1:16-cv-447-LG-RHW), pending in the United States District Court for the Southern District of Mississippi, Southern Division, before Judge Louis Guirola, Jr.; Plaintiff Octavia Holmes (Case No. 4:16-cv-00203-DMB-JMV), pending in the United States District Court for the Northern District of Mississippi, Greenville Division, before Judge Debra M. Brown; Plaintiff Latonya Hoskin (Case No. 3:16-cv-00231), pending in the United States District Court for the Northern District of Mississippi, Oxford Division, before Judge Debra M. Brown; Plaintiffs Shakara Carter (Case No. 2:16-cv-07331-SDW-LDW), Miranda Gledhill (Case No. 2:16-cv-07332-SDW-LDW), Nancy Hopkins (Case No. 2:16-cv-07333-SDW-LDW), Andrea Johnson (Case No. 2:16-cv-04449-SDW-LDW), Maryssa Reese (Case No. 2:16-cv-08670-SDW-LDW), and Jessica Stanley (2:16-cv-08899-SDW-LDW), pending in the United States District Court for the District of New Jersey, Newark Division, before Judge Susan D. Wigenton; and Plaintiff Tiara Mitchell (Case No. 3:16-cv-00816-JWD-RLB), pending in the United States District Court for the Middle District of Louisiana, Baton Rouge Division, before Judge John W. deGravelles.

District Court for the Southern District of Mississippi, Southern Division, for coordinated and/or consolidated pre-trial proceedings before the Honorable Louis Guirola, Jr., Chief Judge.[2]

Specifically, Movants seek transfer of all pending and subsequently filed tag along cases in which the individual plaintiffs allege that levonorgestrel, a potent synthetic hormone, contained in the Mirena levonorgestrel-releasing intrauterine system ("LNG-IUS"), caused them to develop conditions which manifested as increased intracranial pressure ("ICP") or intracranial hypertension ("IH"). Movants respectfully move this Panel to transfer these cases to the United States District Court for the Southern District of Mississippi, Southern Division, before the Honorable Louis Guirola, Jr., Chief Judge, for coordinated pretrial proceedings. A supporting memorandum of law accompanies this motion, which is based on the following averments:

1. Pursuant to 28 U.S.C. § 1407, "when civil actions involving one or more common questions of fact are pending in different districts," the Judicial Panel on Multidistrict Litigation is empowered to transfer the actions "to any district for coordinated or consolidated pretrial proceedings" in the event the Panel determines transfer "will be for the convenience of parties and witnesses and will promote the just and efficient conduct of [the] actions."

2. Transfer of the Mirena® LNG-IUS IH cases to the Southern District of Mississippi, where the *Talley* case is currently pending, will conserve judicial resources, reduce the cost of litigation, prevent potentially inconsistent pretrial rulings, eliminate what would otherwise

---

[2] Plaintiffs seek consolidation separate and apart from In Re: Mirena IUD Products Liability Litigation, MDL No. 2434, which is currently pending in the Southern District of New York, pending the resolution of an appeal to the United States Court of Appeals for the 2nd Circuit. MDL No. 2434 involves only cases alleging injury caused by the migration of the actual Mirena IUD *device*; whereas, these cases are related to the *drug* released from the device. MDL 2434 does not include cases alleging IH caused by the levonorgestrel released from the Mirena® LNG-IUS. As such, the cases at issue in this petition are not appropriate for inclusion in MDL 2434.

be duplicative discovery, prevent unnecessary burdens on the parties and witnesses relevant to this action and permit the cases to proceed to trial more efficiently.

3. The Movants cases and the cases included on the Schedule of Actions all allege that the hormone released by Bayer's Mirena® LNG-IUS caused the plaintiffs to develop IH through the same mechanism of injury. As such, these cases all raise substantially similar factual and scientific questions that will likely be supported by the same expert witnesses, both for the Movants and Bayer.

4. Further, the Movants' claims arise out of the same wrongful conduct and are based on nearly identical allegations. As such, each Mirena® LNG-IUS IH case filed against Bayer raises substantially similar, and in most cases identical, factual and legal questions regarding Bayer's potential liability.

5. The District for the Southern District of Mississippi is the best forum for these actions to proceed, as it is not overly taxed by its current caseload, has an efficient civil docket, is within five miles of a convenient airport, and is located in the heart of a region with a developed tourism industry, providing ample lodging and dining options for parties, witnesses, and counsel involved in these cases.

For the reasons set forth above and in the accompanying memorandum, the Plaintiffs respectfully submit that the Panel should transfer the Mirena® LNG-IUS IH cases to the Southern District of Mississippi, Southern Division, for coordinated pretrial proceedings before Judge Louis Guirola, Jr.

Dated: December 29, 2016.

Respectfully submitted,

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, Mississippi 39501
T: (228) 863-6000
F: (228) 864-0907
trevor.rockstad@daviscrump.com
*Counsel for Movants-Plaintiffs*

**COUNSEL FOR PLAINTIFFS IN THE FOLLOWING ACTIONS:**

*Kayla Talley v Bayer Pharmaceuticals Inc., et al.*, Case No., 1:16-cv-447 (S.D. Miss.)
*Octavia Holmes v. Bayer Pharmaceuticals Inc., et al.*, Case No. 4:16-cv-00203 (N.D. Miss.)
*Latonya Hoskin v. Bayer Pharmaceuticals Inc., et al.*, Case No. 3:16-cv-00231 (N.D. Miss.)
*Shakara Carter v. Bayer Pharmaceuticals Inc., et al.*, Case No. 2:16-cv-07331 (D.N.J.)
*Miranda Gledhill v. Bayer Pharmaceuticals Inc., et al.*, Case No. 2:16-cv-07332 (D.N.J.)
*Nancy Hopkins v. Bayer Pharmaceuticals Inc., et al.*, Case No. 2:16-cv-07333 (D.N.J.)
*Andrea Johnson v. Bayer Pharmaceuticals Inc., et al.*, Case No. 2:16-cv-04449 (D.N.J.)
*Maryssa Reese v. Bayer Pharmaceuticals Inc., et al.*, Case No. 2:16-cv-08670 (D.N.J.)
*Jessica Stanley v. Bayer Pharmaceuticals Inc., et al.*, Case No. 2:16-cv-08899 (D.N.J.)
*Tiara Mitchell v. Bayer Pharmaceuticals Inc., et al.*, Case No. 3:16-cv-00816 (M.D. La.)