**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: In re: MIRENA®
LEVONORGESTREL-INDUCED
INTRACRANIAL HYPERTENSION
PRODUCTS LIABILITY LITIGATION

MDL No. __________

**AMENDED PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions, Oral Argument Statement, and this Certificate of Service was served by First Class Mail on December 29, 2016, to the following:

Clerks of Court

Clerk of Court
Central District of Illinois
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602
Case No. 1:15-cv-01117

Clerk of Court
District of Minnesota
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Case No. 0:16-cv-03492
Case No. 0:16-cv-03494

Clerk of Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101
Case No. 2:16-cv-08670
Case No. 2:16-cv-07332
Case No. 2:16-cv-08899
Case No. 2:16-cv-04449

Case No. 2:16-cv-08013
Case No. 2:16-CV-01644
Case No. 2:16-cv-08904
Case No. 2:16-CV-00054
Case No. 2:16-CV-04376
Case No. 2:16-cv-08014
Case No. 2:16-cv-06121
Case No. 2:16-cv-08015
Case No. 2:16-cv-08017
Case No. 2:16-CV-00056
Case No. 2:16-CV-05111
Case No. 2:16-CV-05327
Case No. 2:16-cv-09334
Case No. 2:16-cv-08018
Case No. 2:16-CV-04377
Case No. 2:16-cv-08905
Case No. 2:16-CV-00392
Case No. 2:16-CV-02594
Case No. 2:16-cv-09340
Case No. 2:16-cv-08019
Case No. 2:16-CV-00393
Case No. 2:16-CV-04378
Case No. 2:16-CV-00057
Case No. 2:16-CV-05118
Case No. 2:16-CV-05120
Case No. 2:16-CV-01645
Case No. 2:16-CV-01004
Case No. 2:16-cv-08906
Case No. 2:16-cv-08908
Case No. 2:16-cv-08910
Case No. 2:16-CV-05121
Case No. 2:16-CV-09339
Case No. 2:16-CV-04836
Case No. 2:16-cv-05921
Case No. 2:16-cv-08841
Case No. 2:16-cv-03477
Case No. 2:16-cv-08784
Case No. 2:16-cv-08834
Case No. 2:16-cv-08436
Case No. 2:14-cv-04651
Case No. 2:16-cv-08447
Case No. 2:16-cv-08838
Case No. 2:16-cv-08819
Case No. 2:16-cv-09443
Case No. 2:16-cv-08785
Case No. 2:16-cv-00301

Case No. 2:16-cv-00795
Case No. 2:15-cv-07999
Case No. 2:16-cv-09440
Case No. 2:14-cv-03834
Case No. 2:16-cv-05880
Case No. 2:16-cv-01418
Case No. 2:16-cv-01696
Case No. 2:16-cv-08832
Case No. 2:16-cv-08836
Case No. 2:16-cv-01774
Case No. 2:16-cv-05933
Case No. 2:16-cv-08842
Case No. 2:16-cv-07907
Case No. 2:16-cv-04838
Case No. 2:16-cv-01773
Case No. 2:16-cv-03341
Case No. 2:16-cv-03203
Case No. 2:15-cv-07944
Case No. 2:16-cv-05551
Case No. 2:16-cv-07327
Case No. 2:16-cv-08830
Case No. 2:16-cv-04245
Case No. 2:16-cv-03476
Case No. 2:15-cv-08576
Case No. 2:15-cv-02480
Case No. 2:16-cv-08177
Case No. 2:15-cv-06072
Case No. 2:16-cv-03051
Case No. 2:16-cv-08786
Case No. 2:16-cv-03113
Case No. 2:16-cv-08843
Case No. 2:16-cv-05934
Case No. 2:16-cv-03478
Case No. 2:16-cv-03881
Case No. 2:16-cv-05549
Case No. 2:16-cv-03377
Case No. 2:16-cv-04837
Case No. 2:16-cv-07333
Case No. 2:16-cv-07331

Clerk of Court
District of Oregon
Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR 97204
Case No. 3:15-cv-00598

Case No. 3:15-cv-01687

Clerk of Court
District of Vermont
P.O. Box 607
Rutland, VT 05702-0607
Case No. 5:15-cv-00065

Clerk of Court
Eastern District of California
Robert E. Coyle United States Courthouse, Room 1501
2500 Tulare Street
Fresno, CA 93721
Case No. 1:16-cv-00308
Case No. 1:14-cv-01087

Clerk of Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902
Case No. 3:15-cv-00137

Clerk of Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801
Case No. 3:16-cv-00816

Clerk of Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203
Case No. 3:15-cv-01138

Clerk of Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203
Case No. 2:14-cv-00036

Clerk of Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489
Case No. 3:16-cv-06091

Case No. 5:15-cv-00209

Clerk of Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320
Case No. 2:15-cv-00020

Clerk of Court
Northern District of Mississippi
Federal Building Room 369
911 Jackson Avenue East
Oxford, MS 38655
Case No. 3:16-cv-00231
Case No. 4:16-cv-00203

Clerk of Court
Southern District of Mississippi
2012 15th Street, Suite 403
Gulfport, MS 39501
Case No. 1:16-cv-00447

Clerk of Court
Western District of Kentucky
601 W Broadway #106
Louisville, KY 40202
Case No. 5:14-cv-00101
Case No. 3:14-cv-00082
Case No. 3:14-cv-00006
Case No. 4:16-cv-00126
Case No. 3:16-cv-00827

Clerk of Court
Western District of Missouri
400 East 9th Street
Kansas City, Missouri 64106
Case No. 3:14-CV-5090
Case No. 4:14-cv-652
Case No. 4:14-cv-00954

Clerk of Court
Western District of Tennessee
167 N Main St #242
Memphis, TN 38103
Case No. 2:15-cv-02645

Defense Counsel

Jane J. Bartley
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

C.D. Illinois, 1:15-cv-01117
W.D. Missouri, 4:14-cv-00954
W.D. Missouri, 4:14-cv-00652
W.D. Missouri, 3:14-cv-05090
N.D. Indiana, 2:15-cv-00020

Kenneth Frederick Baum
Goldman Ismail Tomaselli Brennan & Baum LLP
429 Santa Monica Blvd
Suite 710
Santa Monica, CA 90401
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

C.D. Illinois, 1:15-cv-01117

Ina D. Chang
Shook Hardy & Bacon LLP
One Montgomery Street, Ste 2700
San Francisco, CA 94104
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

N.D. Indiana, 2:15-cv-00020

Shayna S. Cook
Goldman Ismail Tomaselli Brennan & Baum LLP
564 W Randolph Street, Suite 400
Chicago, IL 60661
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

C.D. Illinois, 1:15-cv-01117
N.D. Alabama, 2:14-cv-00036
N.D. Indiana, 2:15-cv-00020
W.D. Missouri, 4:14-cv-00954
W.D. Missouri, 4:14-cv-00652
W.D. Missouri, 3:14-cv-05090
M.D. Louisiana, No. 3:16-cv-00816
W.D. Kentucky, 3:16-cv-00827
N.D. Mississippi, No. 3:16-cv-00231

S.D. Mississippi, No. 1:16-cv-00447

Alicia J. Donahue
Shook Hardy & Bacon L.L.P.
One Montgomery Street, Suite 2700
San Francisco, CA 94104−4505
**Counsel for Defendants Bayer Corporation, Bayer HealthCare LLC, and Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
N. D. California, No. 3:16-cv-06091
E.D. California, No. 1:16-cv-00308
N.D. California, No. 5:15-cv-00209
E.D. California, No. 1:14-cv-01087

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
M.D. Tennessee, 3:15-cv-01138
E.D. Tennessee, 3:15-cv-00137
W.D. Tennessee, 2:15-cv-02645

Lorna A. Dotro
Coughlin Duffy LLP
350 Mount Kemble Avenue
Morristown, NJ 07962
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
D. New Jersey, No. 2:16-cv-04449
D. New Jersey, No. 2:16-cv-07331
D. New Jersey, No. 2:16-cv-07332
D. New Jersey, No. 2:16-cv-07333
D. New Jersey, No. 2:16-cv-08670
D. New Jersey, No. 2:16-cv-08899
D. New Jersey, No. 2:16-cv-04376
D. New Jersey, No. 2:16-cv-06121
D. New Jersey, No. 2:16-cv-08014
D. New Jersey, No. 2:16-cv-08015
D. New Jersey, No. 2:16-cv-08017
D. New Jersey, No. 2:16-cv-00054
D. New Jersey, No. 2:16-cv-01644
D. New Jersey, No. 2:16-cv-08013
D. New Jersey, No. 2:16-cv-08904
D. New Jersey, No. 2:16-cv-00056

D. New Jersey, No. 2:16-cv-00057
D. New Jersey, No. 2:16-cv-00392
D. New Jersey, No. 2:16-cv-00393
D. New Jersey, No. 2:16-cv-01004
D. New Jersey, No. 2:16-cv-01645
D. New Jersey, No. 2:16-cv-02594
D. New Jersey, No. 2:16-cv-04377
D. New Jersey, No. 2:16-cv-04378
D. New Jersey, No. 2:16-cv-05111
D. New Jersey, No. 2:16-cv-05118
D. New Jersey, No. 2:16-cv-05120
D. New Jersey, No. 2:16-cv-05327
D. New Jersey, No. 2:16-cv-08018
D. New Jersey, No. 2:16-cv-08019
D. New Jersey, No. 2:16-cv-08905
D. New Jersey, No. 2:16-cv-08906
D. New Jersey, No. 2:16-cv-08908
D. New Jersey, No. 2:16-cv-09334
D. New Jersey, No. 2:16-cv-09340
D. New Jersey, No. 2:16-cv-05121
D. New Jersey, No. 2:16-cv-08910
D. New Jersey, No. 2:16-cv-00301
D. New Jersey, No. 2:16-cv-03477
D. New Jersey, No. 2:16-cv-04836
D. New Jersey, No. 2:16-cv-00795
D. New Jersey, No. 2:16-cv-01774
D. New Jersey, No. 2:16-cv-01696
D. New Jersey, No. 2:16-cv-01418
D. New Jersey, No. 2:16-cv-04838
D. New Jersey, No. 2:16-cv-01773
D. New Jersey, No. 2:16-cv-05551
D. New Jersey, No. 2:16-cv-03341
D. New Jersey, No. 2:16-cv-03203
D. New Jersey, No. 2:16-cv-04245
D. New Jersey, No. 2:16-cv-03476
D. New Jersey, No. 2:16-cv-03051
D. New Jersey, No. 2:16-cv-03113
D. New Jersey, No. 2:16-cv-05549
D. New Jersey, No. 2:16-cv-03881
D. New Jersey, No. 2:16-cv-03478
D. New Jersey, No. 2:16-cv-04837
D. New Jersey, No. 2:16-cv-03377
D. New Jersey, No. 2:16-cv-05921
D. New Jersey, No. 2:15-cv-07999
D. New Jersey, No. 2:16-cv-05933
D. New Jersey, No. 2:15-cv-07944

D. New Jersey, No. 2:15-cv-08676
D. New Jersey, No. 2:16-cv-05934
D. New Jersey, No. 2:14-cv-04651
D. New Jersey, No. 2:14-cv-03834
D. New Jersey, No. 2:15-cv-02480
D. New Jersey, No. 2:15-cv-06072

Nancy M. Erfle
Gordon & Rees LLP, Suite 1575
Portland, OR 97204
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
D. Oregon, 3:15-cv-01687
D. Oregon, 3:15-cv-00598

Wendy West Feinstein
Eckert, Seamans, Cherin & Mellott
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
M.D. Tennessee, 3:15-cv-01138
E.D. Tennessee, 3:15-cv-00137

Jacquelyne D. Fiala
Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
E.D. Tennessee, 3:15-cv-00137

Jacquelyne D. Garfield
Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
M.D. Tennessee, 3:15-cv-01138

Julie Bardacke Haddon
Gordon & Rees LLP, Suite 1575
Portland, OR 97204

**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
D. Oregon, 3:15-cv-01687
D. Oregon, 3:15-cv-00598

Andre T. Hanson
Fulbright & Jaworski LLP
60 S. 6th St., Ste 3100
Minneapolis, MN 55402
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
D. Minnesota, No. 0:16-cv-03492
D. Minnesota, No. 0:16-cv-03494

F M Haston, III
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL 35203
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
N.D. Alabama, 2:14-cv-00036

Robert B. Hemley, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, VT 05402
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
D. Vermont, 5:15-cv-0065

Ronn B. Kreps
Fulbright & Jaworski LLP
60 S. 6th St., Ste 3100
Minneapolis, MN 55402
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
D. Minnesota, No. 0:16-cv-03492
D. Minnesota, No. 0:16-cv-03494

Darryl Scott Lavery
Boehi Stopher & Graves, LLP – Louisville
400 W. Market Street, Suite 2300
Louisville, KY 40202
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

W.D. Kentucky, 5:14-cv-00101
W.D. Kentucky, 3:14-cv-00082
W.D. Kentucky, 3:14-cv-00006
W.D. Kentucky, 4:16-cv-00126

Sarah Elizabeth Lynch
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
C.D. Illinois, 1:15-cv-01117
W.D. Missouri, 4:14-cv-00954
W.D. Missouri, 4:14-cv-00652
W.D. Missouri, 3:14-cv-05090

Deborah A. Moeller
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
N.D. California, 5:15-cv-00209

Amir M. Nassihi
Shook Hardy & Bacon L.L.P.
One Montgomery Street, Suite 2700
San Francisco, CA 94104−4505
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
E.D. California, No. 1:16-cv-00308
N.D. California, No. 5:15-cv-00209
E.D. California, No. 1:14-cv-01087

Kathleen E. Paley
Covington & Burling LLP
850 10th Street NW
Washington, DC 20001
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
N. D. Alabama, 2:14-cv-00036

Robert F. Parker
Burke Costanza & Carberry LLP
9191 Broadway, Ste 600
Merrillville, IN 46410

**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

N.D. Indiana, 2:15-cv-00020

Ellen S. Presley
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL 35203
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

N.D. Alabama, 2:14-cv-00036

William Jason Rankin
Hepler Broom LLC
130 N Main
PO Box 510
Edwardsville, IL 62025
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

C.D. Illinois, 1:15-cv-01117

Amy Jo Roy
Eckert, Seamans, Cherin & Mellott
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

M.D. Tennessee, 3:15-cv-01138
E.D. Tennessee, 3:15-cv-00137

Paul W. Schmidt
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**

E.D. Tennessee, 3:15-cv-00137
W.D. Missouri, 4:14-cv-00954
W.D. Missouri, 4:14-cv-00652

Lori Renee Schultz
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and**

**Bayer Oy**
W. W.D. Missouri, 4:14-cv-00652
D. Missouri, 4:14-cv-00954
W.D. Missouri, 3:14-cv-05090

Elizabeth A. Schuerman
Bose McKinney & Evans LLP
111 Monument Circle, Ste 2700
Indianapolis, IN 46204
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
N.D. Indiana, 2:15-cv-00020

Susan Latham Steffey
Watkins & Eager
P. O. Box 650
Jackson, MS 39205
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
N.D. Mississippi, No. 4:16-cv-00203

Jennifer M. Stevenson
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
W.D. Missouri, 4:14-cv-00954
W.D. Missouri, 4:14-cv-00652
W.D. Missouri, 3:14-cv-05090

Sonila Themeli
Shook Hardy & Bacon LLP
600 Travis St, Ste 3400
Houston, TX 77002
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
N.D. Indiana, 2:15-cv-00020

Brian Alexander Wahl
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL 35203
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
N.D. Alabama, 2:14-cv-00036

Benjamin W. Walther
Shook, Hardy & Bacon, LLP
JP Morgan Chase Tower
600 Travis, Suite 3400
Houston, TX 77002
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
M.D. Missouri, 4:14-cv-00954
M.D. Missouri, 4:14-cv-00652
W.D. Missouri, 3:14-cv-05090

Jeremiah S. Wikler
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
**Counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; and Bayer Oy**
E.D. Tennessee, 3:15-cv-00137
W.D. Missouri, 4:14-cv-00954
W.D. Missouri, 4:14-cv-00652
W.D. Missouri, 3:14-cv-05090

<u>Early Neutral Evaluator</u>
James W. Spink, Esq.
Sheehey Furlong & Behm P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402
**Early Neutral Evaluator**
D. Vermont, 5:15-cv-00065

<u>Plaintiffs' Counsel</u>

Mike Montalban Arias
Arias Ozzello & Gignac LLP
6701 Center Drive West, 14th Fl.
Los Angeles, CA 90045
**Counsel for Plaintiff Kareama Patterson**
E.D. California, 1:14-cv-01087

Justin Bryan Brown
Jones Ward PLC
312 S. 4th St., 6th Floor
Louisville, KY 40202
**Counsel for Plaintiff Gia Soto-Zamudio**
N.D. California, No. 5:15-cv-00209
**Counsel for Plaintiff Fernando Soto**
N.D. California, No. 5:15-cv-00209
**Counsel for Plaintiff Siobhan Schall**
M.D. Tennessee, 3:15-cv-01138
**Counsel for Plaintiff Shameka M. Bridges**
N.D. Alabama, 2:14-cv-00036
**Counsel for Plaintiff Peterson Bridges**
N.D. Alabama, 2:14-cv-00036
**Counsel for Plaintiff Ashley Babich-Zacharias**
W.D. Kentucky, 5:14-cv-00101
**Counsel for Plaintiff Lauren Hardwick**
W.D. Kentucky, 3:14-cv-00082
**Counsel for Plaintiff Brittany S. Smith**
W.D. Kentucky, 3:14-cv-00006
**Counsel for Plaintiff Kathleen Cheek**
N.D. Indiana, 2:15-cv-00020
**Counsel for Plaintiff Billy Cheek**
N.D. Indiana, 2:15-cv-00020
**Counsel for Plaintiff Sadie Miller**
W.D. Missouri, 4:14-cv-00652
**Counsel for Plaintiff Sarah Hoover**
W.D. Missouri, 3:14-cv-05090
**Counsel for Plaintiff Nicole Hamill**
W.D. Tennessee, 2:15-cv-02645

David L. Cleary
Cleary Shahi & Aicher, P.C.
110 Merchants Row
P.O.Box 6740
Rutland, Vermont
**Counsel for Plaintiff Melissa Tolbert**

D. Vermont, 5:15-cv-00065

Heather Kreibel D'Onofrio
303 Chestnut Street
Philadelphia, PA 19106
**Counsel for Plaintiff Brittany Collins**
D. New Jersey, No. 2:16-cv-06121
**Counsel for Plaintiff Lauren Carmen**
D. New Jersey, No. 2:16-cv-08014
**Counsel for Plaintiff Stephanie Dawson**
D. New Jersey, No. 2:16-cv-08017
**Counsel for Plaintiff Kimberly Black**
D. New Jersey, No. 2:16-cv-00054
**Counsel for Plaintiff Holly Allen**
D. New Jersey, No. 2:16-cv-01644
**Counsel for Plaintiff Danielle Adams**
D. New Jersey, No. 2:16-cv-08013
**Counsel for Plaintiff Macey Beeler**
D. New Jersey, No. 2:16-cv-08904
**Counsel for Plaintiff Chaquita Dudley**
D. New Jersey, No. 2:16-cv-00056
**Counsel for Plaintiff Kelly Reigel-Green**
D. New Jersey, No. 2:16-cv-00057
**Counsel for Plaintiff Danise Hoffman**
D. New Jersey, No. 2:16-cv-00392
**Counsel for Plaintiff Janelle Pallansch**
D. New Jersey, No. 2:16-cv-00393
**Counsel for Plaintiff Misty Solomon**
D. New Jersey, No. 2:16-cv-01004
**Counsel for Plaintiff Jennifer Santiago**
D. New Jersey, No. 2:16-cv-01645
**Counsel for Plaintiff Amy Edwards**
D. New Jersey, No. 2:16-cv-05111
**Counsel for Plaintiff Sherricker Rodgers**
D. New Jersey, No. 2:16-cv-05118
**Counsel for Plaintiff Annalissa Sanchez**
D. New Jersey, No. 2:16-cv-05120
**Counsel for Plaintiff Liana Erb**
D. New Jersey, No. 2:16-cv-05327
**Counsel for Plaintiff Andrea Gee**
D. New Jersey, No. 2:16-cv-08018
**Counsel for Plaintiff Victoria Lee**
D. New Jersey, No. 2:16-cv-08019
**Counsel for Plaintiff Noelle Hickey**
D. New Jersey, No. 2:16-cv-08905
**Counsel for Plaintiff Crystal Taylor**

D. New Jersey, No. 2:16-cv-08906
**Counsel for Plaintiff Valerie Townsend**
D. New Jersey, No. 2:16-cv-08908
**Counsel for Plaintiff Nicole Vincent**
D. New Jersey, No. 2:16-cv-05121
**Counsel for Plaintiff Andrea Vega**
D. New Jersey, No. 2:16-cv-08910

Louis F. D'Onofrio
303 Chestnut Street
Philadelphia, PA 19106
**Counsel for Plaintiff Amberly Buckner**
D. New Jersey, No. 2:16-cv-04376
**Counsel for Plaintiff Anna Conley**
D. New Jersey, No. 2:16-cv-08015
**Counsel for Plaintiff Catie Kessler**
D. New Jersey, No. 2:16-cv-02594
**Counsel for Plaintiff Carley Hamilton**
D. New Jersey, No. 2:16-cv-04377
**Counsel for Plaintiff Daniella Pavelka**
D. New Jersey, No. 2:16-cv-04378
**Counsel for Plaintiff Amanda Evans**
D. New Jersey, No. 2:16-cv-09334
**Counsel for Plaintiff Lyssa Kirk**
D. New Jersey, No. 2:16-cv-09340
**Counsel for Plaintiff Breanna Williams**
D. New Jersey, No. 2:16-cv-09339

Lawrence L Jones, II
Jones Ward PLC
Marion Taylor Building - 6th Floor
312 S. Fourth Street
Louisville, KY 40202
**Counsel for Plaintiff LaToya S. Thompson**
C.D. Illinois, 1:15-cv-01117
**Counsel for Plaintiff Melissa Tolbert**
D. Vermont, 5:15-cv-00065
**Counsel for Plaintiff Christa Diehl**
D. Oregon, 3:15-cv-01687
**Counsel for Plaintiff Kylara Booth**
D. Oregon, 3:15-cv-00598
**Counsel for Plaintiff Daniel Parsons**
D. Oregon, 3:15-cv-00598
**Counsel for Plaintiff Gia Soto-Zamudio**
N.D. California, No. 5:15-cv-00209
**Counsel for Plaintiff Fernando Soto**

N.D. California, No. 5:15-cv-00209
**Counsel for Plaintiff Siobhan Schall**
M.D. Tennessee, 3:15-cv-01138
**Counsel for Plaintiff Abra L. Coning**
E.D. Tennessee, 3:15-cv-00137
**Counsel for Plaintiff Shameka M. Bridges**
N.D. Alabama, 2:14-cv-00036
**Counsel for Plaintiff Peterson Bridges**
N.D. Alabama, 2:14-cv-00036
**Counsel for Plaintiff Kareama Patterson**
E.D. California, 1:14-cv-01087
**Counsel for Plaintiff Ashley Babich-Zacharias**
W.D. Kentucky, 5:14-cv-00101
**Counsel for Plaintiff Bethany Vincent**
W.D. Kentucky, 4:16-cv-00126
**Counsel for Plaintiff Lauren Hardwick**
W.D. Kentucky, 3:14-cv-00082
**Counsel for Plaintiff Brittany S. Smith**
W.D. Kentucky, 3:14-cv-00006
**Counsel for Plaintiff Kathleen Cheek**
N.D. Indiana, 2:15-cv-00020
**Counsel for Plaintiff Billy Cheek**
N.D. Indiana, 2:15-cv-00020
**Counsel for Plaintiff Stephanie Sellers**
W.D. Missouri, 4:14-cv-00954
**Counsel for Plaintiff Sadie Miller**
W.D. Missouri, 4:14-cv-00652
**Counsel for Plaintiff Sarah Hoover**
W.D. Missouri, 3:14-cv-05090
**Counsel for Plaintiff Nicole Hamill**
W.D. Tennessee, 2:15-cv-02645
**Counsel for Plaintiff Whitney Manchel Washington**
W.D. Kentucky, 3:16-cv-00827

David M Langevin
McSweeney / Langevin
2116 2nd Ave S
Minneapolis, MN 55404
**Counsel for Plaintiff Vanessa Bourgoin**
D. Minnesota, No. 0:16-cv-03494
**Counsel for Plaintiff Daniel Bourgoin**
D. Minnesota, No. 0:16-cv-03494
**Counsel for Plaintiff Mandy Mitlyng**
D. Minnesota, No. 0:16-cv-03492

D. Todd Mathews

Gori Julian & Associates PC
156 N. Main Street
Edwardsville, IL 62025
**Counsel for Plaintiff Stephanie Sellers**
W.D. Missouri, 4:14-cv-00954
**Counsel for Plaintiff Sadie Miller**
W.D. Missouri, 4:14-cv-00652
**Counsel for Plaintiff Sarah Hoover**
W.D. Missouri, 3:14-cv-05090

Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
**Counsel for Plaintiff Andrea Johnson**
D. New Jersey, No. 2:16-cv-04449
**Counsel for Plaintiff Shakara Carter**
D. New Jersey, No. 2:16-cv-07331
**Counsel for Plaintiff Miranda Gledhill**
D. New Jersey, No. 2:16-cv-07332
**Counsel for Plaintiff Nancy Hopkins**
D. New Jersey, No. 2:16-cv-07333
**Counsel for Plaintiff Maryssa Reese**
D. New Jersey, No. 2:16-cv-08670
**Counsel for Plaintiff Jessica Stanley**
D. New Jersey, No. 2:16-cv-08899
**Counsel for Plaintiff Jacqueline Goyena**
D. New Jersey, No. 2:16-cv-00301
**Counsel for Plaintiff Ellen Burns**
D. New Jersey, No. 2:16-cv-03477
**Counsel for Plaintiff David Burns**
D. New Jersey, No. 2:16-cv-03477
**Counsel for Plaintiff Laura Burns**
D. New Jersey, No. 2:16-cv-03477
**Counsel for Plaintiff Stephanie Christina Albertson**
D. New Jersey, No. 2:16-cv-04836
**Counsel for Plaintiff Kristen Denise Bryan**
D. New Jersey, No. 2:16-cv-08841
**Counsel for Plaintiff Barbara Anderson**
D. New Jersey, No. 2:16-cv-05921
**Counsel for Plaintiff Carneshia Cason**
D. New Jersey, No. 2:16-cv-08784
**Counsel for Plaintiff Leslie Marie Coapman**
D. New Jersey, No. 2:16-cv-08834
**Counsel for Plaintiff Shawna Louise Cooper**
D. New Jersey, No. 2:16-cv-08447

**Counsel for Plaintiff Ashley Amber Cockrell**
D. New Jersey, No. 2:16-cv-08436
**Counsel for Plaintiff Leah Fackrell**
D. New Jersey, No. 2:16-cv-09443
**Counsel for Plaintiff Mary Margaret Cottingham**
D. New Jersey, No. 2:16-cv-09443
**Counsel for Plaintiff Steffanie Michelle Dennis**
D. New Jersey, No. 2:16-cv-08819
**Counsel for Plaintiff Kasey Garrison**
D. New Jersey, No. 2:16-cv-08785
**Counsel for Plaintiff Marsha Sapp Hankins**
D. New Jersey, No. 2:16-cv-09440
**Counsel for Plaintiff Brittany Greco**
D. New Jersey, No. 2:16-cv-00795
**Counsel for Plaintiff Jessica Guglielmo**
D. New Jersey, No. 2:16-cv-00795
**Counsel for Plaintiff Elizabeth Heagy**
D. New Jersey, No. 2:16-cv-05880
**Counsel for Plaintiff Tiffany Hausner**
D. New Jersey, No. 2:16-cv-03834
**Counsel for Plaintiff Shane Hausner**
D. New Jersey, No. 2:16-cv-03834
**Counsel for Plaintiff Latricia Anderson Johnson**
D. New Jersey, No. 2:16-cv-08836
**Counsel for Plaintiff Kasey Jackson**
D. New Jersey, No. 2:16-cv-08832
**Counsel for Plaintiff Angela Klopfenstein**
D. New Jersey, No. 2:16-cv-01774
**Counsel for Plaintiff Adam Klopfenstein**
D. New Jersey, No. 2:16-cv-01774
**Counsel for Plaintiff Melanie Howe**
D. New Jersey, No. 2:16-cv-01696
**Counsel for Plaintiff Daphne Houck**
D. New Jersey, No. 2:16-cv-01418
**Counsel for Plaintiff Samantha Liford**
D. New Jersey, No. 2:16-cv-08842
**Counsel for Plaintiff Devon Mahlstedt**
D. New Jersey, No. 2:16-cv-07907
**Counsel for Plaintiff Shamara Von Lane**
D. New Jersey, No. 2:16-cv-05933
**Counsel for Plaintiff Amanda Massie**
D. New Jersey, No. 2:16-cv-04838
**Counsel for Plaintiff Misty McCandless**
D. New Jersey, No. 2:16-cv-01773
**Counsel for Plaintiff Ashley Nobles-Hobbs**
D. New Jersey, No. 2:16-cv-07327

**Counsel for Plaintiff Katie Myers**
D. New Jersey, No. 2:16-cv-05551
**Counsel for Plaintiff Cherie McGee**
D. New Jersey, No. 2:16-cv-03341
**Counsel for Plaintiff Abigail Michel**
D. New Jersey, No. 2:16-cv-03203
**Counsel for Plaintiff Amelia Holman Miles**
D. New Jersey, No. 2:15-cv-07944
**Counsel for Plaintiff Jessica Marie Peterson**
D. New Jersey, No. 2:16-cv-08830
**Counsel for Plaintiff Karna Lynne Pettlon**
D. New Jersey, No. 2:16-cv-04245
**Counsel for Plaintiff Breanna Pieters**
D. New Jersey, No. 2:16-cv-03476
**Counsel for Plaintiff Megan Robinson**
D. New Jersey, No. 2:15-cv-08676
**Counsel for Plaintiff Jessica Roseland**
D. New Jersey, No. 2:15-cv-02480
**Counsel for Plaintiff Jacob Roseland**
D. New Jersey, No. 2:15-cv-02480
**Counsel for Plaintiff Ashley Steed**
D. New Jersey, No. 2:16-cv-08786
**Counsel for Plaintiff Lacey Langston Sanderlin**
D. New Jersey, No. 2:16-cv-08177
**Counsel for Plaintiff Jaclyn Spett**
D. New Jersey, No. 2:16-cv-03051
**Counsel for Plaintiff Allison Simpson**
D. New Jersey, No. 2:15-cv-06072
**Counsel for Plaintiff Lindsay Tranum**
D. New Jersey, No. 2:16-cv-03113
**Counsel for Plaintiff Christi Utley**
D. New Jersey, No. 2:16-cv-08843
**Counsel for Plaintiff Crystal Vazquez**
D. New Jersey, No. 2:16-cv-05934
**Counsel for Plaintiff Sarah Marie Wessel**
D. New Jersey, No. 2:16-cv-05549
**Counsel for Plaintiff Jessica Watson**
D. New Jersey, No. 2:16-cv-03881
**Counsel for Plaintiff Whitney Walker**
D. New Jersey, No. 2:16-cv-03478
**Counsel for Plaintiff Abigail Thiesing**
D. New Jersey, No. 2:16-cv-04837
**Counsel for Plaintiff Brittany Wilson**
D. New Jersey, No. 2:16-cv-03377

Christina T. Natale

Jones Ward PLC
312 South 4th Street, 6th Floor
Louisville, KY 40202
**Counsel for Plaintiff Christa Diehl**
D. Oregon, 3:15-cv-01687
**Counsel for Plaintiff Kylara Booth**
D. Oregon, 3:15-cv-00598
**Counsel for Plaintiff Daniel Parsons**
D. Oregon, 3:15-cv-00598
**Counsel for Plaintiff Shameka M. Bridges**
N.D. Alabama, 2:14-cv-00036
**Counsel for Plaintiff Peterson Bridges**
N.D. Alabama, 2:14-cv-00036
**Counsel for Plaintiff Ashley Babich-Zacharias**
W.D. Kentucky, 5:14-cv-00101
**Counsel for Plaintiff Bethany Vincent**
W.D. Kentucky, 4:16-cv-00126
**Counsel for Plaintiff Lauren Hardwick**
W.D. Kentucky, 3:14-cv-00082
**Counsel for Plaintiff Brittany S. Smith**
W.D. Kentucky, 3:14-cv-00006
**Counsel for Plaintiff Kathleen Cheek**
N.D. Indiana, 2:15-cv-00020
**Counsel for Plaintiff Billy Cheek**
N.D. Indiana, 2:15-cv-00020
**Counsel for Plaintiff Stephanie Sellers**
W.D. Missouri, 4:14-cv-00954
**Counsel for Plaintiff Sadie Miller**
W.D. Missouri, 4:14-cv-00652
**Counsel for Plaintiff Sarah Hoover**
W.D. Missouri, 3:14-cv-05090
**Counsel for Plaintiff Whitney Manchel Washington**
W.D. Kentucky, 3:16-cv-00827

Roger William Orlando
The Orlando Firm PC
13 Pine Street
Morristown, NJ 07960
**Counsel for Plaintiff Shelain Cooper**
D. New Jersey, No. 2:14-cv-04651

Trevor Bruce Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
**Counsel for Plaintiff Latonya Hoskin**

N.D. Mississippi, No. 3:16-cv-00231
**Counsel for Plaintiff Octavia Holmes**
N.D. Mississippi, No. 4:16-cv-00203
**Counsel for Plaintiff Maria Aguilar**
E.D. California, No. 1:16-cv-00308
**Counsel for Plaintiff Kayla Talley**
S.D. Mississippi, No. 1:16-cv-00447

Gerard Ryan, III
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
**Counsel for Jessica Guglielmo**
D. New Jersey, No. 2:16-cv-00795
**Counsel for Amelia Holman Miles**
D. New Jersey, No. 2:15-cv-07944

Elise Rochelle Sanguinetti
Jamie Greer Goldstein
Arias, Sanguinetti, Stahle & Torrijos, LLP
555 12th Street, Suite 1230
Oakland, CA 94607
**Counsel for Plaintiff Quincella Jackson**
N.D. California, No. 3:16-cv-06091
**Counsel for Plaintiff Gia Soto-Zamudio**
N.D. California, No. 5:15-cv-00209
**Counsel for Plaintiff Fernando Soto**
N.D. California, No. 5:15-cv-00209

Gerald Waltman III
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
**Counsel for Plaintiff Tiara Mitchell**
M.D. Louisiana, No. 3:16-cv-00816

Navan Ward, Jr.
Beasley Allen Crow Methvin Portis & Miles PC
P.O. Box 4160
Montgomery, AL 36103
**Counsel for Plaintiff Shameka M. Bridges**
N.D. Alabama, 2:14-cv-00036
**Counsel for Plaintiff Peterson Bridges**
N.D. Alabama, 2:14-cv-00036

Jasper D. Ward, IV

Jones Ward PLC
312 S 4th Street, 6th Fl
Louisville, KY 40402
**Counsel for Plaintiff Kathleen Cheek**
N.D. Indiana, 2:15-cv-00020
**Counsel for Plaintiff Billy Cheek**
N.D. Indiana, 2:15-cv-00020

Timothy L. Williams
Dwyer Williams Potter, Attorneys, LLP
1051 NW Bond Street, Ste. 310
Bend, OR 97703
**Counsel for Plaintiff Christa Diehl**
D. Oregon, 3:15-cv-01687
**Counsel for Plaintiff Kylara Booth**
D. Oregon, 3:15-cv-00598
**Counsel for Plaintiff Daniel Parsons**
D. Oregon, 3:15-cv-00598

Dated: January 4, 2017

/s/*Trevor B. Rockstad*
Trevor B. Rockstad